IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE
EASTERN DIVISION

United States of America,
    Plaintiff,
vs.                                                                  CR. No. 17-10004- STA

Billy Liggon, Jr.,
    Defendant.

_____

## ORDER
_____

The Court having considered the Defendant's sealed Motion to Continue Sentencing Hearing,

IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for March 9, 2018 is hereby continued until **Tuesday, May 22, 2018 at 11:00 A.M**.

IT IS FURTHER ORDERED that the above –mentioned Motion that is currently under seal shall remain sealed.

IT IS SO ORDERED, this 13th day of February, 2018.

                                s/ S. Thomas Anderson
                                S.THOMAS ANDERSON
                                 CHIEF UNITED STATES DISTRICT COURT JUDGE